**Motion Granted; Appeal Dismissed and Memorandum Opinion filed July 6, 2021.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-21-00102-CV

---

## U.S. PIPELINE, INC., Appellant and Cross-Appellee

## V.

## ROVER PIPELINE LLC, Appellee and Cross-Appellant

---

**On Appeal from the 11th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2018-39920**

---

## MEMORANDUM OPINION

This is an appeal from a judgment signed November 25, 2020. On June 23, 2021, appellant/cross-appellee and appellee/cross-appellant filed a joint motion to dismiss this appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Justices Bourliot, Poissant, and Wilson